# STATE COURT RECORD

# CHRISTINA M. WHITE V. WALMART, INC. AND WALMART STORES EAST, LP D/B/A WALMART SUPERCENTER

# HAMILTON SUPERIOR COURT 1

# 29D01-2102-CT-000706



Current as of 03/05/2021 12:49 PM

# Hamilton County Superior Court 1
## 29D01-2102-CT-000706

Christina M White v. Wal-Mart Superstores East LP,Walmart Inc.

File date: 02/02/2021

E-Filing Functions

## Parties Involved

**Attorneys:**

**Parties:**

**Benner, Eric Joseph** [Attorney]
1312 Maple Ave
Noblesville, IN 46060

**White, Christina M** [Plaintiff]

Work (Phone): 317-773-4400

State Bar ID: 1449649

**Johnson, Laurie Dee** [Attorney]
1312 Maple Avenue
Noblesville, IN 46060

Work (Phone): 317-773-4400

State Bar ID: 2362029

**Djuricic, Aleksandar** [Attorney]
501 Indiana Ave
Ste 200
Indianapolis, IN 46202

**Wal-Mart Superstores East LP** [Defendant]
CT Corporation
334 N. Senate Avenue
Indianapolis, IN 46204
**Walmart Inc.** [Defendant]
CT Corporation System
334 N. Senate Avenue
Indianapolis, IN 46204

Work (Phone): 3172370500

State Bar ID: 3613629

**Strawbridge, Katherine Scott** [Attorney]
LEWIS WAGNER LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Work (Phone): 317-237-0500

State Bar ID: 3012349

## Calendar Entries

**07/06/2021
08:45 AM EDT
Confirmed**



Event: Hearing: **Telephonic Attorney Conference**

► Available Documents

**Minute Entries**

(Most recent at top)

| | |
|---|---|
| Minute Date: | **07/06/2021** |
| Input Date: | **Unavailable** |
| Type: | **Telephonic Attorney Conference** |

(8:45 AM) (Judicial Officer: Casati, Michael A.)
345-MAC (59952)

| | |
|---|---|
| Minute Date: | **03/03/2021** |
| Input Date: | **Unavailable** |
| Type: | **Automated ENotice Issued to Parties** |

Order Issued ---- 3/2/2021 : Aleksandar  Djuricic;Eric Joseph Benner;Katherine
Scott Strawbridge;Laurie Dee Johnson

| | |
|---|---|
| Minute Date: | **03/02/2021** |
| Input Date: | **Unavailable** |
| Type: | **Hearing Scheduling Activity** |

Telephonic Attorney Conference scheduled for 07/06/2021 at 8:45 AM.

| | |
|---|---|
| Minute Date: | **03/02/2021** |
| Input Date: | **Unavailable** |
| Type: | **Order Issued** |

Judge's Entry of Feb 12, 2021. Defendants' request for Jury trial is hereby
granted. Court now sets this matter for a telephonic pre-trial conference for
July 6, 2021 at 8:45am. Parties are directed to call into the conference line
at 317-776-9656 and use cod 59952. ss
Noticed: Benner, Eric Joseph
Noticed: Djuricic, Aleksandar
Noticed: Johnson, Laurie Dee
Noticed: Strawbridge, Katherine Scott
Order Signed: 02/12/2021

| | |
|---|---|
| Minute Date: | **02/13/2021** |
| Input Date: | **Unavailable** |
| Type: | **Automated ENotice Issued to Parties** |

Order Granting Motion for Enlargement of Time ---- 2/12/2021 : Aleksandar
Djuricic;Eric Joseph Benner;Katherine Scott Strawbridge;Laurie Dee Johnson

| | |
|---|---|
| Minute Date: | **02/12/2021** |
| Input Date: | **Unavailable** |
| Type: | **Order Granting Motion for Enlargement of Time** |

entered.
Order Signed: 02/12/2021

| | |
|---:|:---|
| Minute Date: | **02/11/2021** |
| Input Date: | **Unavailable** |
| Type: | **Appearance Filed** |

Appearance of KSS and AD filed. ss
For Party: Walmart Inc.
For Party: Wal-Mart Superstores East LP
File Stamp: 02/11/2021

| | |
|---:|:---|
| Minute Date: | **02/11/2021** |
| Input Date: | **Unavailable** |
| Type: | **Motion for Enlargement of Time Filed** |

Defendants' Motion for Enlargement of Time to File Responsive Pleading filed.
Order submitted. ss
Filed By: Walmart Inc.
Filed By: Wal-Mart Superstores East LP
File Stamp: 02/11/2021

| | |
|---:|:---|
| Minute Date: | **02/11/2021** |
| Input Date: | **Unavailable** |
| Type: | **Jury Trial Demand Filed** |

Jury Demand filed. ss
Filed By: Walmart Inc.
Filed By: Wal-Mart Superstores East LP
File Stamp: 02/11/2021

| | |
|---:|:---|
| Minute Date: | **02/10/2021** |
| Input Date: | **Unavailable** |
| Type: | **Affidavit Filed** |

Affidavit of Service filed. ss
Filed By: White, Christina M
File Date: 02/10/2021

| | |
|---:|:---|
| Minute Date: | **02/10/2021** |
| Input Date: | **Unavailable** |
| Type: | **Affidavit Filed** |

Affidavit of Service filed. ss
Filed By: White, Christina M
File Date: 02/10/2021

| | |
|---:|:---|
| Minute Date: | **02/02/2021** |
| Input Date: | **Unavailable** |
| Type: | **Case Opened as a New Filing** |
| Minute Date: | **02/02/2021** |

|  | Input Date: | **Unavailable** |
|---|---|---|
|  | Type: | **Subpoena/Summons Filed** |

Summons
Filed By: White, Christina M
File Stamp: 02/02/2021

|  | Minute Date: | **02/02/2021** |
|---|---|---|
|  | Input Date: | **Unavailable** |
|  | Type: | **Subpoena/Summons Filed** |

Summons
Filed By: White, Christina M
File Stamp: 02/02/2021

|  | Minute Date: | **02/02/2021** |
|---|---|---|
|  | Input Date: | **Unavailable** |
|  | Type: | **Appearance Filed** |

Appearance
For Party: White, Christina M
File Stamp: 02/02/2021

|  | Minute Date: | **02/02/2021** |
|---|---|---|
|  | Input Date: | **Unavailable** |
|  | Type: | **Complaint/Equivalent Pleading Filed** |

Complaint for Damages
Filed By: White, Christina M
File Stamp: 02/02/2021

*The data or information provided is based on information obtained from Indiana Courts, Clerks, Recorders, and Department of Revenue, and is not to be considered or used as an official record. Doxpop, LLC, the Division of State Court Administration, the Indiana Courts and Clerks of Court, the Indiana Recorders, and the Indiana Department of Revenue: 1) Do not warrant that the information is accurate or complete; 2) Make no representations regarding the identity of any persons whose names appear in the information; and 3) Disclaim any liability for any damages resulting from the release or use of the information. The user should verify the information by personally consulting the official record maintained by the court, clerk, recorder or Department of Revenue.*

Copyright © 2002-2021 Doxpop, llc. All Rights Reserved

STATE OF INDIANA     )    IN THE HAMILTON SUPERIOR COURT #1
               ) SS
COUNTY OF HAMILTON  )    CAUSE NO.

CHRISTINA M. WHITE,    )
                   )
     Plaintiff,      )
                   )
     vs.          )
                   )
WALMART, INC. and      )
WAL-MART STORES EAST, LP d/b/a )
WAL-MART SUPERCENTER,   )
                   )
     Defendants.    )

## SUMMONS

**TO:**    Wal-mart Superstores East, LP
       d/b/a Wal-mart Supercenter
       CT Corporation System
       334 N. Senate Avenue
       Indianapolis, Indiana 46204

     You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states relief sought or the demand made against you by the Plaintiff.

     An answer or other appropriate response in writing to the Complaint must be filed either by you or your Attorney within twenty (20) days, commencing the date after you receive this Summons, (Or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

        2/2/2021
DATED:_____    _____
                                 CLERK, Hamilton County Superior Court

Laurie D. Johnson, #23620-29
BOJE, BENNER, BECKER, MARKOVICH & HIXSON, LLP
1312 Maple Avenue
Noblesville, IN 46060
(317) 773-4400

The following manner of service of Summons is hereby designated:

_____ Registered or Certified Mail
_____ Service on Individual at above address    _____ Service by Publication
_____ Service on Agent:  Hamilton Co. Sheriff's Department  _____ Service by Acknowledgement

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 202___, I mailed a copy of this Summons and a copy of the Complaint to the Defendant by mail, requesting a return receipt at the address furnished by the Plaintiff

Dated: _____

_____
Clerk of the Hamilton County Court

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ , was accepted by the Defendant on the _____ day of _____ , 202___.

I hereby certify that the attached return receipt was received by me on the _____ day of 202___, showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ , was accepted by _____ (Age) on behalf of said Defendant on the _____ day of _____ , 202___.

_____
Clerk of the Hamilton County Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me this

_____ day of _____ , 202___.

_____
Signature of Defendant

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant, on the _____ day of _____ , 202___.

(2) By leaving a copy of the Summons and a copy of the Complaint at , the dwelling place or usual place of abode of the Defendant, _____ , with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, _____ , by first class mail, to _____ , the last known address of the Defendant.

Sheriff of Hamilton County, Indiana

By:_____

STATE OF INDIANA      )      IN THE HAMILTON SUPERIOR COURT #1
                     ) SS
COUNTY OF HAMILTON      )      CAUSE NO.

CHRISTINA M. WHITE,           )
                              )
       Plaintiff,             )
                              )
       vs.                    )
                              )
WALMART, INC. and             )
WAL-MART STORES EAST, LP d/b/a )
WAL-MART SUPERCENTER,       )
                              )
       Defendants.          )

## SUMMONS

TO:      Walmart, Inc.
           CT Corporation System
           334 N. Senate Avenue
           Indianapolis, Indiana 46204

         You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

         The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states relief sought or the demand made against you by the Plaintiff.

         An answer or other appropriate response in writing to the Complaint must be filed either by you or your Attorney within twenty (20) days, commencing the date after you receive this Summons, (Or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

         If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: 2/2/2021 _____

                                *Kathy Kreag Williams*
                                CLERK, Hamilton County Superior Court

Laurie D. Johnson, #23620-29
BOJE, BENNER, BECKER, MARKOVICH & HIXSON, LLP
1312 Maple Avenue
Noblesville, IN 46060
(317) 773-4400

The following manner of service of Summons is hereby designated:

_____ Registered or Certified Mail
_____ Service on Individual at above address        _____ Service by Publication
_____ Service on Agent:  Hamilton Co. Sheriff's Department        _____ Service by Acknowledgement

HAMILTON CIRCUIT COURT
SEAL
INDIANA

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 202___, I mailed a copy of this Summons and a copy of the Complaint to the Defendant by mail, requesting a return receipt at the address furnished by the Plaintiff

Dated: _____

_____
Clerk of the Hamilton County Court

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ , was accepted by the Defendant on the _____ day of _____ , 202___.

I hereby certify that the attached return receipt was received by me on the _____ day of 202___, showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ , was accepted by _____ (Age) on behalf of said Defendant on the _____ day of _____ , 202___.

_____
Clerk of the Hamilton County Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me this
_____ day of _____ , 202___.

_____
Signature of Defendant

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant, on the _____ day of _____ , 202___.

(2) By leaving a copy of the Summons and a copy of the Complaint at
, the dwelling place or usual place of abode of the Defendant, _____ , with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, _____ , by first class mail, to _____ , the last known address of the Defendant.

Sheriff of Hamilton County, Indiana

By:_____

STATE OF INDIANA ) IN THE HAMILTON SUPERIOR COURT #1
) SS
COUNTY OF HAMILTON ) CAUSE NO.

CHRISTINA M. WHITE, )
)
    Plaintiff, )
)
    vs. )
)
WALMART, INC. and )
WAL-MART STORES EAST, LP d/b/a )
WAL-MART SUPERCENTER, )
)
    Defendants. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**    **Initiating**

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  **Christina M. White**

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | Eric J. Benner<br>Laurie D. Johnson | Attorney No. | 14496-49<br>23620-29 |
| Address: | BOJE, BENNER, BECKER,<br>MARKOVICH & HIXSON, LLP<br>1312 Maple Avenue<br>Noblesville, IN 46060 | Phone:<br>Fax: | (317) 773-4400<br>(317) 776-6031 |
| Email: | ebenner@hamiltoncountylawyers.com<br>ljohnson@hamiltoncountylawyers.com | | |

3.  There are other party members:  No

4.  If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

5.  I will accept service by FAX at the above noted number:   Yes

6.  This case involves support issues:  No

7.   There are related cases:    No

8.   This form has been served on all other parties:   Yes
     Certificate of service is attached:

9.   Additional information required by local rule:

<div style="margin-left: 40%;">

Respectfully submitted,
BOJE, BENNER, BECKER,
MARKOVICH & HIXSON, LLP
By:

_____
Eric J. Benner, #14496-49

_____
Laurie D. Johnson, #23620-29

</div>

BOJE, BENNER, BECKER,
MARKOVICH & HIXSON, LLP
1312 Maple Avenue
Noblesville, IN 46060
(317) 773-4400

**29D01-2102-CT-000706**

Hamilton Superior Court 1

Filed: 2/2/2021 8:56 AM
Clerk
Hamilton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT #1 |
| | )SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. |

| | |
|---|---|
| CHRISTINA M. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WALMART, INC. and | ) |
| WAL-MART STORES EAST, LP d/b/a | ) |
| WAL-MART SUPERCENTER, | ) |
| | ) |
| Defendants. | ) |

### COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Christina M. White, by counsel, and files her Complaint for Damages against the Defendants, Walmart, Inc. and Wal-Mart Stores East, LP d/b/a Wal-Mart Supercenter, and alleges and states the following:

### PARTIES

1. Plaintiff, Christina M. White, is an individual who at all relevant times herein was a resident of Hamilton County, Indiana.

2. Defendant Walmart, Inc. is a Foreign For-Profit Corporation doing business in the State of Indiana with its principal office located at 708 SW 8th Street, Bentonville, AR 72716.

3. Defendant Wal-Mart Stores East, LP is a Foreign Limited Partnership doing business in the State of Indiana with its principal office located at 708 SW 8th Street, Bentonville, AR 72716.

### JURISDICTION AND VENUE

4. This Court has jurisdiction over the parties and subject matter of this case pursuant to Ind. Rule of Trial Procedure 4.4. Venue is proper in Hamilton County, Indiana pursuant to Ind. Rule of Trial Rule of Trial Procedure 75(A)(2) and (5).

1

## FACTS

5.  On or about July 17, 2019, Plaintiff Christina White (hereinafter referred to as "Plaintiff") was an invitee and patron at the Wal-Mart Supercenter located at 8300 East 96th Street, Fishers, Indiana 46037 in Hamilton County, Indiana (hereinafter referred to as "Wal-Mart Supercenter"). On July 17, 2019, the Wal-Mart Supercenter was believed to be owned and operated by the Defendants, Walmart, Inc. and/or Wal-Mart Stores East, LP d/b/a Wal-Mart Supercenter (hereinafter referred to collectively as "Defendants").

6.  On or about July 17, 2019, Plaintiff was an invitee of the Wal-Mart Supercenter when she slipped and fell on standing water located on the floor next to and partially under a refrigerated case that was dripping water onto the floor. The refrigerated case was located in the bakery section of the Wal-Mart Supercenter. At the time of Plaintiff's fall, there were no warnings, signs, cones, or other markings indicating that the floor was wet.

7.  Plaintiff has suffered and continues to suffer from substantial injuries as a result of the fall.

8.  Defendants had a duty to use ordinary care and diligence to keep and maintain the premises in a condition that is reasonably safe for its intended uses and free from all defects and conditions which would render the premises unsafe for the Plaintiff and their invitees.

9.  Defendants had a duty to exercise reasonable care to protect Plaintiff and their invitees, by inspection and other affirmative acts, from the danger of a reasonably foreseeable injury occurring from a reasonably foreseeable use of the premises.

10. Defendants had a duty to maintain the premises in a reasonably safe condition for the Plaintiff and their invitees and free from defects and conditions that might cause injury to Plaintiff or its invitees.

2

11. Defendants had a duty to warn the Plaintiff and their invitees of any dangerous and unsafe conditions existing on the premises that might cause Plaintiff's injury.

12. Defendants failed to meet their duties owed to the Plaintiff.

13. That Defendants, by failing to meet their duties owed to Plaintiff, were negligent in failing to keep the premises safe for the Plaintiff and their invitees. This negligence was the direct and proximate cause of the Plaintiff's fall, as well as the injuries and damages sustained by the Plaintiff.

14. As a result of the Defendants' negligence, Plaintiff has suffered physical injuries which have resulted in past, present, and future medical expenses, pain and suffering, lost wages and loss of enjoyment of life.

WHEREFORE, Plaintiff, Christina M. White, prays that the Court enter judgment against the Defendants, Walmart, Inc. and Wal-Mart Stores East, LP d/b/a Wal-Mart Supercenter, in an amount sufficient to compensate her for her injuries and damages, costs of this action, and for all other just and proper relief.

Respectfully submitted,

Laurie D. Johnson, #23620-29
Attorney for the Plaintiff, Christina M. White

Eric J. Benner, #14496-49
Attorney for the Plaintiff, Christina M. White

BOJE, BENNER, BECKER, MARKOVICH & HIXSON, LLP
1312 Maple Avenue
Noblesville, Indiana 46060
Phone: (317) 773-4400
Fax: (317) 776-6031
E-mail: ljohnson@hamiltoncountylawyers.com
          ebenner@hamiltoncountylawyers.com

3

| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT #1 |
|---|---|---|
| | ) SS | |
| COUNTY OF HAMILTON | ) | CAUSE NO.   29D01-2102-CT-000706 |

CHRISTINA M. WHITE,                              )
                                                 )
      Plaintiff,                         )
                                                 )
      vs.                                )
                                                 )
WALMART, INC. and                                )
WAL-MART STORES EAST, LP d/b/a )
WAL-MART SUPERCENTER,                            )
                                                 )
      Defendants.                        )

## **AFFIDAVIT OF SERVICE**

Comes now Plaintiff, by counsel, Laurie D. Johnson, being first duly sworn, and states the following:

1. That on February 2, 2021, counsel for Christina M. White, mailed to Wal-mart, Inc., a copy of the Complaint, Appearance and Summons dated February 2, 2021, by Certified Mail bearing a tracking number of 7018 0360 0002 1289 5934 to CT Corporation System, 334 N. Senate Avenue, Indianapolis, Indiana 46204.

2. That said Certified Mail was signed and claimed by Defendant, Wal-mart, Inc., on February 4, 2021, as evidenced by Exhibit "A".

FURTHER AFFIANT SAYETH NOT.

                             Respectfully submitted,
                             BOJE, BENNER, BECKER
                             MARKOVICH & HIXSON
                             By:

                             Laurie D. Johnson, #23620-29
                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing Affidavit of Service has been served via United States First Class Mail this 10th day of February, 2021 to:

Wal-mart Superstores East, LP
d/b/a Wal-mart Supercenter
CT Corporation System
334 N. Senate Avenue
Indianapolis, Indiana 46204

Walmart, Inc.
CT Corporation System
334 N. Senate Avenue
Indianapolis, Indiana 46204

_____

Laurie D. Johnson

BOJE, BENNER, BECKER,
MARKOVICH & HIXSON
1312 Maple Avenue
Noblesville, Indiana 46060
(317) 773-4400

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Wal-mart Inc.<br>CT Corporation System<br>334 N. Senate Avenue<br>Indianapolis, Indiana 46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 04 20 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 4791 8344 7495 49

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)

7018 0360 0002 1289 5934

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

EXHIBIT

A

Blumberg No. 5118

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT #1 |
| | ) SS | |
| COUNTY OF HAMILTON | ) | CAUSE NO.   29D01-2102-CT-000706 |

CHRISTINA M. WHITE,                    )
                                                        )
            Plaintiff,                          )
                                                        )
      vs.                                         )
                                                        )
WALMART, INC. and                   )
WAL-MART STORES EAST, LP d/b/a )
WAL-MART SUPERCENTER,        )
                                                        )
            Defendants.                       )

### AFFIDAVIT OF SERVICE

Comes now Plaintiff, by counsel, Laurie D. Johnson, being first duly sworn, and states the following:

1.  That on February 2, 2021, counsel for Christina M. White, mailed to Wal-mart Superstores East, LP d/b/a Wal-mart Supercenter, a copy of the Complaint, Appearance and Summons dated February 2, 2021, by Certified Mail bearing a tracking number of 7018 0360 0002 1289 5941 to CT Corporation System, 334 N. Senate Avenue, Indianapolis, Indiana 46204.

2.  That said Certified Mail was signed and claimed by Defendant, Wal-mart Superstores East, LP d/b/a Wal-mart Supercenter, on February 4, 2021, as evidenced by Exhibit "A".

FURTHER AFFIANT SAYETH NOT.

Respectfully submitted,
BOJE, BENNER, BECKER
MARKOVICH & HIXSON
By:

_____
Laurie D. Johnson, #23620-29
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing Affidavit of Service has been served via United States First Class Mail this 10th day of February, 2021 to:

Wal-mart Superstores East, LP
d/b/a Wal-mart Supercenter
CT Corporation System
334 N. Senate Avenue
Indianapolis, Indiana 46204

Walmart, Inc.
CT Corporation System
334 N. Senate Avenue
Indianapolis, Indiana 46204


_____
Laurie D. Johnson


BOJE, BENNER, BECKER,
MARKOVICH & HIXSON
1312 Maple Avenue
Noblesville, Indiana 46060
(317) 773-4400

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Wal-mart Superstores East, LP<br>d/b/a Wal-mart Supercenter<br>CT Corporation System<br>334 N. Senate Avenue<br>Indianapolis, Indiana 46204 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>FEB 04 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4791 8344 7495 32 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>   (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7018 0360 0002 1289 5941 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

EXHIBIT

A

Blumberg No. 5118

STATE OF INDIANA         )    IN THE HAMILTON SUPERIOR COURT 1
                                )    CAUSE NO. 29D01-2102-CT-000706
COUNTY OF HAMILTON     )

CHRISTINA M. WHITE,         )
                                )
              Plaintiff,     )
                                )
          v.               )
                                )
WALMART, INC., and WAL-MART  )
STORES EAST, LP d/b/a WAL-MART  )
SUPERCENTER                   )
              Defendants.   )

## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____       Responding <u>X</u>       Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**WAL-MART INC., and WAL-MART STORES EAST, LP d/b/a WAL-MART
SUPERCENTER**

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

     Name:        Katherine S. Strawbridge      Atty Number:  30123-49
     Address:    LEWIS WAGNER, LLP, 501 Indiana Avenue, Suite 200, Indianapolis,
                IN 46202
     Phone:       317-237-0500
     FAX:          317-630-2790
     Email Address: kstrawbridge@lewiswagner.com
     Name:        Aleksandar Djuricic           Atty Number:  36136-29
     Address:    LEWIS WAGNER, LLP, 501 Indiana Avenue, Suite 200, Indianapolis,
                 IN  46202
     Phone:       317-237-0500
     FAX:          317-630-2790
     Email Address: adjuricic@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a SC case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No _X_  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No _X_  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____     Attorney's address

_____     The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____     Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____ No _X_

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

2

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

            _____

    b.  State of Residence of person subject to petition: _____

    c.  At least one of the following pieces of identifying information:

        (i)  Date of Birth _____

        (ii)  Driver's License Number _____

           State where issued _____ Expiration date _____

        (iii) State ID number _____

           State where issued _____ Expiration date _____

        (iv) FBI number _____

        (v)  Indiana Department of Corrections Number _____

      (vi)  Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_\_\_\_

7.  There are related cases: Yes \_\_\_\_ No <u>X</u> *(If yes, list on continuation page.)*

8.  Additional information required by local rule:

   _____

9.  There are other party members: Yes \_\_\_\_ No <u>X</u> *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

   Yes <u>X</u> No\_\_\_

Respectfully submitted:

LEWIS WAGNER, LLP

By:    */s/ Katherine S. Strawbridge*
       Katherine S. Strawbridge (30123-49)
       501 Indiana Avenue, Suite 200
       Indianapolis, IN  46202
       (317) 237-0500
       kstrawbridge@lewiswagner.com
       adjuricic@lewiswagner.com
       ***Counsel for Walmart, Inc. and Wal-Mart Stores***
       ***East, LP d/b/a Wal-Mart Supercenter***


## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Laurie D. Johnson
Eric J. Benner
Attorney for Plaintiff Christina M. White
BOJE, BENNER, BECKER, MARKOVICH, HIXSON, LLP
1312 Maple Avenue
Noblesville, IN 46060
ljohnson@hamiltoncountylawyers.com
ebenner@hamiltoncountylawyers.com

       */s/ Katherine S. Strawbridge*
       KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46204
(317) 237-0500
kstrawbridge@lewiswagner.com
adjuricic@lewiswagner.com

STATE OF INDIANA       )            IN THE HAMILTON SUPERIOR COURT 1
                          ) SS:
COUNTY OF HAMILTON  )           CAUSE NO. 29D01-2102-CT-000706


CHRISTINA M. WHITE,            )
                               )
                  Plaintiff,      )
                               )
         v.                        )
                               )
WALMART, INC., and WAL-MART   )
STORES EAST, LP d/b/a WAL-MART  )
SUPERCENTER                 )
                 Defendants.    )


## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants, WALMART, INC. and WAL-MART STORES EAST, LP d/b/a Wal-Mart Supercenter, by counsel, move the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including March 31, 2021 and in support thereof would show the Court as follows:

1.     That a responsive pleading is due on or about March 1, 2021 and said time has not expired.

2.     No prior enlargements of time have been requested.

3.     Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their clients to review the facts and prepare an appropriate response.

WHEREFORE, Defendants, WALMART, INC. and WAL-MART STORES EAST, LP d/b/a Wal-Mart Supercenter, by counsel, pray for an additional thirty (30) days in which to answer

or otherwise respond to Plaintiff's Complaint for Damages, through and including March 31, 2021, and for all other just and proper relief in the premises.

<div style="margin-left: 40%;">

Respectfully submitted,

LEWIS WAGNER, LLP

By:    */s/ Katherine S. Strawbridge*
Katherine S. Strawbridge (30123-49)
Aleksandar Djuricic (36136-29)
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
kstrawbridge@lewiswagner.com
adjuricic@lewiswagner.com
(317) 237-0500
***Counsel for Walmart, Inc., and Wal-Mart Stores
East, LP d/b/a Wal-Mart Supercenter***

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Laurie D. Johnson
Eric J. Benner
BOJE, BENNER, BECKER, MARKOVICH, HIXSON, LLP
1312 Maple Avenue
Noblesville, IN 46060
ljohnson@hamiltoncountylawyers.com
ebenner@hamiltoncountylawyers.com

<div style="margin-left: 40%;">

*/s/ Katherine S. Strawbridge*
KATHERINE S. STRAWBRIDGE

</div>

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46204
(317) 237-0500
kstrawbridge@lewiswagner.com
adjuricic@lewiswagner.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT 1 |
| | ) | CAUSE NO. 29D01-2102-CT-000706 |
| COUNTY OF HAMILTON | ) | |

| | |
|---|---|
| CHRISTINA M. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WALMART, INC., and WAL-MART | ) |
| STORES EAST, LP d/b/a WAL-MART | ) |
| SUPERCENTER | ) |
| Defendants. | ) |

## **JURY DEMAND**

Defendants, WALMART, INC. and WAL-MART STORES EAST, LP d/b/a WAL-MART

SUPERCENTER, by counsel, respectfully request that this cause of action be tried by a jury.

Respectfully submitted:

LEWIS WAGNER, LLP

By:    */s/ Katherine S. Strawbridge*
       Katherine S. Strawbridge (30123-49)
       Aleksandar Djuricic (36136-29)
       501 Indiana Avenue, Suite 200
       Indianapolis, IN  46202
       (317) 237-0500
       kstrawbridge@lewiswagner.com
       adjuricic@lewiswagner.com
       ***Counsel for Walmart, Inc., and Wal-Mart Stores***
       ***East, LP d/b/a Wal-Mart Supercenter***

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

> Laurie D. Johnson
> Eric J. Benner
> Attorney for Plaintiff Christina M. White
> BOJE, BENNER, BECKER, MARKOVICH, HIXSON, LLP
> 1312 Maple Avenue
> Noblesville, IN 46060
> ljohnson@hamiltoncountylawyers.com
> ebenner@hamiltoncountylawyers.com

<div align="right">

*/s/ Katherine S. Strawbridge*
KATHERINE S. STRAWBRIDGE

</div>

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46204
(317) 237-0500
kstrawbridge@lewiswagner.com
adjuricic@lewiswagner.com

STATE OF INDIANA      )          IN THE HAMILTON SUPERIOR COURT 1
                              ) SS:
COUNTY OF HAMILTON  )          CAUSE NO. 29D01-2102-CT-000706

CHRISTINA M. WHITE,          )
                               )
                 Plaintiff,     )
                               )
           v.                 )
                               )
WALMART, INC., and WAL-MART   )
STORES EAST, LP d/b/a WAL-MART  )
SUPERCENTER                )
                 Defendants.  )

**FILED**
February 12, 2021
CLERK OF THE HAMILTON
CIRCUIT COURT

## <u>ORDER</u>

Defendants, WALMART, INC. and WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER, by counsel, file herein their Motion for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants, WALMART, INC. and WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER, are granted a period of time through and including March 31, 2021 in which to answer or otherwise respond to Plaintiff's Complaint for Damages.

Dated: **February 12, 2021**

_____
JUDGE, HAMILTON COUNTY SUPERIOR COURT 1

cb

Distribution to:

Katherine S. Strawbridge
Aleksandar Djuricic
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46204
kstrawbridge@lewiswagner.com
adjuricic@lewiswagner.com

Laurie D. Johnson
Eric J. Benner
BOJE, BENNER, BECKER, MARKOVICH, HIXSON, LLP
1312 Maple Avenue
Noblesville, IN 46060
ljohnson@hamiltoncountylawyers.com
ebenner@hamiltoncountylawyers.com

FILED
March 2, 2021
CLERK OF THE HAMILTON
CIRCUIT COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT NO. 1 |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO.  29D01-2102-CT-000706 |

CHRISTINA M. WHITE,    )
           Plaintiff,    )
                    )
      v.    )
                    )
WALMART, INC., and WAL-MART    )
STORES EAST, LP d/b/a WAL-MART    )
SUPERCENTER,    )
           Defendants.    )

## JUDGE'S ENTRY OF FEBRUARY 12, 2021

Defendants' request for Jury trial is hereby granted. Court now sets this matter for

a telephonic pre-trial conference for the ___**6**___ day of_____**July**_____, 2021 at

___**8:45**___**a** m. Parties are directed to call into the conference line at (317) 776-9656

and use code ____59952____.

**SO ORDERED.**

MM
_____
MICHAEL A. CASATI, Judge
Hamilton Superior Court No. 1

DISTRIBUTION:
See CCS